DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUSTIN DONALD LYNN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     *Plaintiff*, ) <br> ) <br>     v. ) <br> ) <br> JUSTIN DONALD LYNN, ) <br> ) <br>     *Defendant*. ) <br> _____ ) | No. 1:06-cr-0230 OWW <br><br> STIPULATION TO VACATE MOTIONS SCHEDULE; ADVANCE STATUS CONFERENCE; AND ORDER THEREON <br><br> Date : November 6, 2006 <br> Time: 9:00 a.m. <br> Dept : Hon. Oliver W. Wanger |

    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the motions calendar in the above captioned matter may be vacated;

    IT IS FURTHER STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference scheduled for November 14, 2006 ***may be advanced to November 6, 2006 at 9:00 a.m.***

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

///

1 preparation pursuant to 18 U.S.C. § 3161(h)(8)(A).

2 DATED: November 2, 2006                MCGREGOR W. SCOTT
                                         United States Attorney

                                          /s/ Marlon Cobar
                                         MARLON COBAR
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

  DATED: November 2, 2006                DANIEL J. BRODERICK
                                         Federal Defender

                                          /s/ Mark A. Lizarraga
                                         MARK A. LIZARRAGA
                                         Assistant Federal Defender
                                         Attorney for Defendant

## **O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                            IT IS SO ORDERED.

**Dated:   November 7, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                   UNITED STATES DISTRICT JUDGE

Stipulation to Vacate Motions Schedule;
Advance Status Conference                2